EXHIBIT B

Apr-14-05  09:34am  From-LEGALDEPTAT ACACIA                    +19494608391           T-748  P.02/03  F-519



Julia Feldman
Director, Licensing
Telephone (949) 480-8319
Fax (949) 480-8391
Email: jfeldman@acaciares.com

*Via USPS*

March 9, 2005

James Silhasek, Esq.
General Counsel
Discount Tire Co.
20225 N. Scottsdale Rd.
Scottsdale, AZ  85255

Re:  Notice of Infringement of U.S. Patent No. 4,707,592

Dear Mr. Silhasek,

Acacia is a publicly traded (Nasdaq: ACTG; CBMX) patent licensing and enforcement company located in Newport Beach, CA (www.acaciatechnologies.com). In January 2005, we purchased a company called Financial Systems Innovation LLC, which controls the rights to U.S. Patent No. 4,707,592 (the "'592 Patent").

Our records indicate that the law firm of Friedman, Suder & Cooke (the "FSC Firm"), has previously notified you that your company's system for handling credit and/or debit transactions may be infringing the '592 Patent. We are writing you this letter as a follow up to the previous correspondence of the FSC Firm, and as a last attempt to resolve this matter without the need for litigation.

As you may already know, the '592 Patent invented an electronic card reader system in which limited information such as a transaction number is printed on a receipt without the need for either carbon copies or printing the cardholder's account number on the receipt. The term "transaction number" is used generically, and may appear on the receipt as a transaction, sequence, ticket or other identifying number. This identifying number can later be used by the retailer or consumer to retrieve information about the transaction. A generic receipt is attached to this letter as an example of a receipt from an infringing system. We believe that you use this type of system.

We have already successfully entered into license or settlement agreements with many large retailers, including:

- Target
- Walgreens
- The Gap
- JC Penney/Eckerds
- Petsmart
- Pier 1 Imports
- Racetrac Petroleum
- Office Depot
- Bombay Company
- Radioshack
- H.E. Butt Grocery Co.

We are in ongoing licensing discussions with many other companies. Also, we have patent infringement lawsuits pending in the Northern District of Georgia and the Northern District of Texas. As the new owner of the patent, we are attempting to resolve this matter with you amicably before turning it back over to the FSC Firm to proceed with litigation.

This package includes everything you need to investigate our contentions of patent infringement including: a copy of the '592 Patent; the File History for the '592 Patent; Engineering Diagrams which illustrate infringement of the '592 Patent; and Prior Art, which was brought to our attention in the course of the existing litigation. We have also enclosed a License Agreement which includes a release and license for all past and future infringement of the '592 Patent, in exchange for a one time royalty payment of $95,000.00. **This offer for a license will expire in 45 days.**

In the event that we are forced to bring litigation against you to enforce the '592 Patent, we will seek to recover the maximum damages allowed by law. Accordingly, the royalty amount for any future settlement will be significantly higher than this pre-litigation licensing offer.

After you review the enclosed materials, please contact me with any questions or comments at 949-480-8319 or jfeldman@acaciares.com. If we do not hear from you in the interim, we will contact you in approximately 30 days so that we can complete the license within the 45 day time frame indicated above.

Thank you for your attention to this matter.

Sincerely,

Julia Feldman
Director of Licensing

Enclosure